```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

FITNESSAGE SERVICES, INC.,              )    2:11-cv-01444-ECR-GWF
                                        )
                                        )
            Plaintiff,                  )    MINUTES OF THE COURT
                                        )
vs.                                     )    DATE: MAY 1, 2012
                                        )
                                        )
POLAR ELECTRO, INC., a New York         )
corporation,                            )
                                        )
            Defendant.                  )
_____ )

PRESENT:      EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Judicial Assistant: CANDACE KNAB      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

MINUTE ORDER IN CHAMBERS

   It is ordered that this case is referred to Chief Judge Robert C. Jones for reassignment.

                                              LANCE S. WILSON, CLERK

                                              By       /s/
                                                   Deputy Clerk