# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FITNESSAGE SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cv-01444-ECR-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| POLAR ELECTRO, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Ex Parte Motion to Remove Attorney Ryan A. Ellis from CM/ECF Service List and Mailing Matrix (#31) filed December 24, 2012. It appears to the Court that the Motion to Remove has been filed ex parte in this action and no authority authorizing an ex parte filing has been submitted to the Court.

**IT IS THEREFORE ORDERED** the Ex Parte Motion to Remove Attorney Ryan A. Ellis from CM/ECF Service List and Mailing Matrix (#31) shall be served on all parties.

**IT IS FURTHER ORDERED** the Motion to Remove Attorney Ryan A. Ellis from CM/ECF Service List and Mailing Matrix (#31) is **granted**.

DATED this 26th day of December, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge